Case 2:20-cv-00107-SMJ    ECF No. 45    filed 06/05/20    PageID.361    Page 1 of 2

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 05, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEREMIAH LINZ, individually and on behalf of all others similarly situated, CORY DAVIS, individually and on behalf of all others similarly situated, and AARON KAMINSKY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CORE VALUES ROADSIDE SERVICE, LLC, and MARK HYNDMAN,<br><br>Defendants. | No.   2:20-cv-00107-SMJ<br><br>**ORDER GRANTING MOTION TO AMEND ANSWER AND AFFIRMATIVE DEFENSES AND COUNTERCLAIMS** |

Before the Court, without oral argument, is Defendants Core Values Roadside Service, LLC and Mark Hyndman's Motion to Amend Answer and Affirmative Defenses, and Add Counterclaims, ECF No. 38. Defendants have attached a proposed First Amended Answer to the motion. ECF No. 38 at 4–19. Plaintiffs do not oppose to the motion but reserve the right to assert additional defenses or move to dismiss any of Defendants' counterclaims. ECF No. 41. Having reviewed the motion and the file in this matter, the Court is fully informed and

ORDER GRANTING MOTION TO AMEND ANSWER AND AFFIRMATIVE DEFENSES AND COUNTERCLAIMS – 1

grants the motion.

A party may amend its pleading "once as a matter of course" within specific time periods. Fed. R. Civ. P. 15(a)(1). In all other instances, "a party may amend its pleading only with the opposing party's written consent or the court's leave." Fed. R. Civ. P. 15(b). "The court should freely give leave when justice so requires." *Id*. In this case, Defendants do not contend they are permitted to amend as a matter of right, and Plaintiffs do not object to the amendment. Moreover, because this case is still nascent, amendment of the Answer is appropriate. Plaintiffs may assert defenses or move to dismiss any of Defendants' counterclaims as set forth in the Federal Rules of Civil Procedure.

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendants' Motion to Amend Answer and Affirmative Defenses, and Add Counterclaims, **ECF No. 38**, is **GRANTED**.

2. Within **seven days** of this order, Defendants shall file with this Court and serve on Plaintiffs the proposed First Amended Answer.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 5th day of June 2020.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER GRANTING MOTION TO AMEND ANSWER AND AFFIRMATIVE DEFENSES AND COUNTERCLAIMS – 2