FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 13, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEREMIAH LINZ, individually and on behalf of all others similarly situated and AARON KAMINSKY, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>         v.<br><br>CORE VALUES ROADSIDE SERVICE, LLC and MARK HYNDMAN,<br><br>                    Defendants. | No.    2:20-cv-00107-SMJ<br><br>**ORDER DISMISSING OPT-IN PLAINTIFF JESSE COULT'S CLAIMS** |

On September 10, 2021, the parties' filed a stipulated dismissal of Opt-In Plaintiff Jesse Coult, ECF No. 89. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED**:

**1.**   The parties' Stipulated Motion for Dismissal of Jesse Coult Without Prejudice, **ECF No. 89**, is **GRANTED**.

//

//

//

ORDER DISMISSING OPT-IN PLAINTIFF JESSE COULT – 1

2. All claims involving Opt-In Plaintiff Jesse Coult are **DISMISSED WITHOUT PREJUDICE**, with all parties to bear their own costs and attorney fees.

**IT IS SO ORDERED**. The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this day of 13th September 2021.

_____
SALVADOR MENDOZA, JR.
United States District Judge