AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| JEREMIAH LINZ and AARON KAMINSKY, individually and on behalf of all others similarly situated, *Plaintiffs* <br> v. <br> CORE VALUES ROADSIDE SERVICE, LLC, and MARK HYNDMAN, *Defendants* | ) ) ) ) ) ) Civil Action No. 2:20-CV-00107-ACE |

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 22, 2022

SEAN F. McAVOY, CLERK

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Plaintiffs' Motion for Summary Judgment (ECF No. 93) is DENIED.  Defendants' Cross-motion for Summary Judgment (ECF No. 106) is GRANTED.  Plaintiffs' Fair Labor Standard Act claims against Defendants are DISMISSED WITH PREJUDICE.  The Court declines to exercise its supplemental jurisdiction; consequently, Plaintiffs' state law claims are DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.
Judgment is entered for Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Alexander C. Ekstrom  on motions for summary judgment.

Date:  December 22, 2022

CLERK OF COURT

SEAN F. McAVOY

s/ Pam Howard
*(By) Deputy Clerk*

Pam Howard